No. 75–1407. TRAINOR, DIRECTOR, ILLINOIS DEPARTMENT OF PUBLIC AID, ET AL. *v.* HERNANDEZ ET UX. Appeal from D. C. N. D. Ill. [Probable jurisdiction noted, 426 U. S. 918.] Motion of State's Attorney for Cook County for divided argument granted.

No. 75–1413. STANTON, ADMINISTRATOR, INDIANA DEPARTMENT OF PUBLIC WELFARE, ET AL. *v.* BOND ET AL. C. A. 7th Cir. [Certiorari granted, 426 U. S. 905.] Motion of the State of Illinois for leave to file an untimely brief as *amicus curiae* denied.

No. 75–1439. SMITH *v.* UNITED STATES. C. A. 8th Cir. [Certiorari granted, 426 U. S. 946.] Motion of Citizens for Decency Through Law, Inc., for leave to file a brief as *amicus curiae* granted.

No. 75–1510. WEATHERFORD, AGENT OF THE SOUTH CAROLINA ENFORCEMENT DIVISION, ET AL. *v.* BURSEY. C. A. 4th Cir. [Certiorari granted, 426 U. S. 946.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* granted and 15 additional minutes allotted for that purpose. Respondent granted 15 additional minutes for oral argument.

No. 75–1805. JEFFERS *v.* UNITED STATES. C. A. 7th Cir. [Certiorari granted, *ante,* p. 815.] Motion of petitioner for appointment of counsel granted, and it is ordered that Stephan Bower, Esquire, of Kentland, Ind., is appointed to serve as counsel for petitioner in this case.

No. 76–167. UNITED STATES *v.* RAMSEY ET AL. C. A. D. C. Cir. [Certiorari granted, *ante,* p. 815.] Motion of respondent James W. Kelly for appointment of counsel granted, and it is ordered that Irving R. M. Panzer, Esquire, of Washington, D. C., is appointed to serve as counsel for respondent James W. Kelly in this case.